In the Matter of the Accounting of JOSEPH POOL, as Assignee,
etc.

(Argued March 5, 1895 ; decided March 19, 1895.)

APPEAL from judgment of the General Term of the Court
of Common Pleas of the city and county of New York, entered
upon an order made May 7, 1890, which affirmed a judgment
entered upon an order of Special Term confirming the report
of a referee upon the accounting of Joseph Pool as assignee
for the benefit of creditors of Hiram Pool.

*James W. Hawes* for appellant.

*Herman Aaron* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

BENJAMIN CROSBY, Respondent, *v.* WILLIAM H. CLARK, as
Executor, etc., Appellant.

(Argued March 5, 1895 ; decided March 19, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made July 27, 1894, which affirmed a judgment
in favor of plaintiff entered upon the report of a referee.

*William Vanamee* for appellant.

*Daniel Finn* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.